TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

David Alejandro Medina Torres,

Petitioners,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02831-GMN-BNW

**Substitution of Attorney**

Federal Respondents hereby substitute Special Assistant United States Attorney Martin J. Mayer, 501 Las Vegas Blvd. So., Suite 1100, Las Vegas, Nevada 89101, Phone: (702) 388-6336, as attorney of record in place and instead of Tamer B. Botros.

Respectfully submitted this 21st day of October 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

APPROVED:

DATED: 10/22/2026

UNITED STATES DISTRICT JUDGE
Amy M. Baggio